**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 5:04CR169 |
| | : | |
| Plaintiff, | : | District Judge David D. Dowd, Jr. |
| | : | |
| -vs- | : | **SENTENCING MEMORANDUM OF** |
| | : | **CLIFTON COUSINS AND SUPPLE-** |
| CLIFTON L. COUSINS, aka | : | **MENTAL SENTENCING INFORMATION** |
| ABDULLAH JIHAD AL MALIK, | : | **PURSUANT TO LOCAL R. 32.2(c)** |
| | : | |
| Defendant. | : | |

Pursuant to Local R. 32.2(c) and in advance of his sentencing hearing on May 16, 2007 at 12 noon, the defendant in this case, Clifton L. Cousins, informs the Court that he will reassert at the upcoming sentencing hearing the arguments set forth in his previous sentencing memorandum filed on January 24, 2005 prior to his initial sentencing hearing.  In arguing his position, Mr. Cousins will rely on information previously filed with the Court, including but not limited to Exhibits 1 through 4.  *See* ECF 34, 35, and 37.  Mr. Cousins will also rely on additional documents concerning Mr. Cousins medical and behavioral history that were received from the Southern Ohio Correctional Facility where Mr. Cousins is presently incarcerated.  Because of the voluminous nature of those additional documents, the undersigned will submit them as a separately bound submission to the Court outside of the normal electronic filing method.

Respectfully submitted,

*s/ Dennis G. Terez*
DENNIS G. TEREZ (0030065)
Office of the Federal Public Defender
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 (o); (216) 522-4321 (f)
(dennis_terez@fd.org)

Attorney for Clifton L. Cousins

May 9, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2007, the foregoing document captioned <u>Sentencing</u> <u>Memorandum of Clifton Cousins and Supplemental Sentencing Information Pursuant to Local R.</u> <u>32.2(c)</u> was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt.  Pursuant to local rule, a copy of this filing was also sent by facsimile to the United States Probation Office handling this case.  All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

<i>s/ Dennis G. Terez</i><br>
DENNIS G. TEREZ<br>
Attorney for Clifton L. Cousins